# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

CARLOS ALAMO,

               Petitioner,

vs.                                       9:12-CV-00736 (JKS)

DONALD HUDSON, Jr., Warden, Ray Brook Federal Correctional Institution,

               Respondent.

[ ]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that pursuant to the Memorandum Decision of the Hon. James K. Singleton, Jr., United States District Judge, dated March 28, 2014, the Petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED.**

DATED: March 28, 2014

                                                    Clerk of Court

ENTERED 3/28/2014
BY PTM

                                         -S-
                                      PTM
                                      Deputy Clerk